**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** <br><br> **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, <br><br> Debtors.[1] | **Chapter 11** <br><br> **Case No.: 15-32919-KRH** <br><br> **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **INTERNAL MEDICINE SPECIALISTS, P.A.,** *et al.*, <br><br> **Defendants.** | **Adv. Proc. No. 17-03937-KRH** |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the Order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 2010
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Richard Arrowsmith,
Liquidating Trustee of the HDL Liquidating Trust*

<u>Approving Amended Procedures for Avoidance Action Adversary Proceedings</u> [Docket No. 2740], Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust, appointed pursuant to the confirmed <u>Modified Second Amended Plan of Liquidation Proposed by the Debtors</u> [Docket No. 995], by and through his undersigned counsel, hereby discontinues and dismisses the Complaint in the above-captioned Adversary Proceeding, with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

DATED: November 14, 2018                                    Respectfully submitted,

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 2010
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*